**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
VONSHAY ROBINSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VONSHAY ROBINSON,<br><br>Defendants. | Case No.: 1:16-CR-000176-DAD-BAM<br><br>**STIPULATION TO ADVANCE SENTENCING AND ORDER.** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing Hearing currently scheduled for Monday, January 7, 2019 at 10:00 a.m., be advanced to **Monday, December 17, 2018**, at 10:00 a.m.

This request is made by counsel for Defendant ROBINSON, due to the fact that the Presentence Investigation Report recommendation recommends a sentence less than that which Defendant has already served.

Counsel for Defendant has corresponded with Assistant U.S. Attorney, Melanie Alsworth, who has no objection to the advancing of the Sentencing.

Dated: December 10, 2018.                                   NUTTALL COLEMAN & DRANDELL

                                                                                          /s/ Mark W. Coleman
                                                                                         MARK W. COLEMAN
                                                                                         Attorney for Defendant
                                                                                         VONSHAY ROBINSON

1 | Dated: December 10, 2018.

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, January 7, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be advanced to Monday, December 17, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 10, 2018**

_____
UNITED STATES DISTRICT JUDGE